**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30415 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00134-RSL |
| v. | |
| BOBBY BARNARD BEASLEY, also known as Cutthroat, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Robert S. Lasnik, Chief District Judge, Presiding

Argued and Submitted July 6, 2009
Seattle, Washington

Before: O'SCANNLAIN, KLEINFELD and BERZON, Circuit Judges.

Beasley appeals his sentence of 37 months imprisonment, followed by 3 years supervised release, for unlawful possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1).

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Beasley's 2005 conviction for first degree theft under Washington Revised Code § 9A.56.030(1)(b) is categorically a crime of violence within the meaning of U.S. Sentencing Guidelines § 2K1.1(a)(4). This case is directly controlled by our holding in Beasley's co-defendant's appeal, United States v. Alderman, __ F.3d ___ (9th Cir. 2010). We affirm for the reasons laid out in Alderman.

**AFFIRMED.**